**DISMISSED; Opinion Filed October 30, 2018.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01029-CV**

### IN THE INTEREST OF B.B., A CHILD

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-53065-2013**

## MEMORANDUM OPINION
Before Justices Stoddart, Whitehill, and Boatright
Opinion by Justice Stoddart

Stating he no longer wishes to pursue this appeal, appellant has filed a motion to dismiss.

We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).


/Craig Stoddart/
CRAIG STODDART
JUSTICE

181029F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF B.B., A CHILD

No. 05-18-01029-CV

On Appeal from the 416th Judicial District Court, Collin County, Texas
Trial Court Cause No. 416-53065-2013.
Opinion delivered by Justice Stoddart, Justices Whitehill and Boatright participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee Kristin Lively recover her costs, if any, of this appeal from appellant Robert Bounds.

Judgment entered this 30th day of October, 2018.